DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARKENSON DEMARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-761

[August 29, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 12-18329 CF10A.

Markenson Demard, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***